**LYNN L. KRIEGER**
State Bar No. 209592
THOMAS, QUINN & KRIEGER, L.L.P.
199 Fremont Street, 20th Floor
San Francisco, CA  94105
Tel: (415)546-6100
Fax: (415)358-5868

Attorney for Plaintiff
VAN OVER CORPORATION

IN THE UNITED STATES DISCTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| VAN OVER CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>PANALPINA, INC. AND DOES 2-50,<br><br>     Defendants. | Case No.: **C 09-00909 WHA**<br><br>**[PROPOSED] ORDER GRANTING ENE EXTENSION** |

The Court has considered the stipulated request to continue the Early Neutral Evaluation deadline from February 5, 2010 to March 5, 2010 and hereby extends the ENE deadline to **MARCH 5, 2010.**  The parties are reminded, however, that this extension does not affect any other deadline set forth in the case management order.  Additionally, no extensions will be granted on account of ongoing settlement efforts by the parties.

In sum, both sides must prepare for trial and adhere to all remaining deadlines.

**IT IS SO ORDERED.**

Dated:  January 22, 2010.
                                                         _____
                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

-1-                                                                         Case No. C 09-00909 WHA
STIPULATED MOTION TO CONTINUE ENE DEADLINE