**LYNN L. KRIEGER**
State Bar No. 209592
THOMAS, QUINN & KRIEGER, L.L.P.
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Tel: (415)546-6100
Fax: (415)358-5868

Attorney for Plaintiff
VAN OVER CORPORATION

IN THE UNITED STATES DISCTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | | |
|---|---|---|
| VAN OVER CORPORATION, | ) | Case No.: **C 09-00909 WHA** |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **GRANTING ENE EXTENSION** |
| | ) | |
| PANALPINA, INC. AND DOES 2-50, | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the stipulated request to continue the Early Neutral Evaluation deadline from February 5, 2010 to March 5, 2010 and hereby extends the ENE deadline to **MARCH 5, 2010.** The parties are reminded, however, that this extension does not affect any other deadline set forth in the case management order. Additionally, no extensions will be granted on account of ongoing settlement efforts by the parties.

In sum, both sides must prepare for trial and adhere to all remaining deadlines.

**IT IS SO ORDERED.**

Dated: January 22, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge William Alsup*

LYNN L. KRIEGER
THOMAS, QUINN & KRIEGER, L.L.P.
199 Fremont Street, 20th Floor
San Francisco, California 94105
Tel: (415)546-6100
Fax: (415)358-5868
lkrieger@tqklaw.com

Van Over/v. Panalpina/2009-002

-1-
Case No. C 09-00909 WHA
STIPULATED MOTION TO CONTINUE ENE DEADLINE