*E-Filed 6/16/11*

1  Marilyn Raia, SBN 72320
   BULLIVANT HOUSER BAILEY PC
2  601 California Street, Suite 1800
   San Francisco, California 94108
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  E-Mail: marilyn.raia@bullivant.com

5  Attorneys for Defendant Panalpina, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN OVER CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PANALPINA, INC., PANTAINER LTD. DBA PANTAINER EXPRESS LINE, PANALPINA WORLD TRANSPORT (INDIA) PVT LTD., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, AND DOES 2-50,<br><br>　　　　　　Defendants. | Case No.: CV09-0909 RS<br><br>**STIPULATION AND (PROPOSED) ORDER RE DISMISSAL** |

The parties hereby stipulation that this action may be dismissed with prejudice, each party to bear its own attorneys fees and costs.

DATED: June 15, 2011

THOMAS QUINN & KRIEGER LLP

By _____
Lynn L. Krieger

Attorneys for Plaintiff Van Over Corporation

DATED: June 6, 2011

BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia

Attorneys for Defendant Panalpina, Inc.,

– 1 –

13400238.1

## ORDER

In accordance with the stipulation of the parties, it is hereby that this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

DATED:   6/16/11

_____
UNITED STATES DISTRICT JUDGE

13400238.1